NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL R. LONERGAN,                 )
                                    )
          Appellant,                )
                                    )
v.                                  )        Case No. 2D17-2934
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Daniel R. Lonergan, pro se.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.